UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Charles Lynch Pettis, | Civil No.:  14cv197 (PJS/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| Stephen L. Smith, | |
| Defendant. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, **IT IS HEREBY ORDERED** that:

1.  Plaintiff's application to proceed *in forma pauperis*, (Docket No. 2), be **DENIED**; and

2.  This action be **DISMISSED WITHOUT PREJUDICE**.

Dated:  06/05/14

*s/Patrick J. Schiltz*
Patrick J. Schiltz
U.S. District Judge

1